```
                      IN THE UNITED STATES DISTRICT COURT

                      IN AND FOR THE DISTRICT OF DELAWARE

                                    - - -
    SZ DJI TECHNOLOGY CO., LTD. and
    DJI EUROPE B.V,                        :   CIVIL ACTION
                                           :
              Plaintiffs,                  :
    v                                      :
                                           :
    AUTEL ROBOTICS USA LLC, AUTEL          :
    AERIAL TECHNOLOGY CO. LTD. And AUTEL   :
    INTELLIGENT TECHNOLOGY CO., LTD.,      :
                                           :   NO. 16-706-LPS
              Defendants.
                                    - - -

                             Wilmington, Delaware
                            Thursday, May 25, 2017
                             Telephone Conference

                                    - - -

    BEFORE:       HONORABLE LEONARD P. STARK, Chief Judge

    APPEARANCES:                        - - -


                 RICHARDS LAYTON & FINGER, LLP
                 BY:  KELLY E. FARNAN, ESQ., and
                      CHRISTINE D. HAYNES, ESQ.

                      and

                 ANOVA LAW GROUP, LLP
                 BY:  DAVID M. FARNUM, ESQ., and
                      SHERRY X. WU, ESQ.
                      (Sterling, Virginia)

                           Counsel for Plaintiff

                 YOUNG CONAWAY STARGATT & TAYLOR, LLP
                 BY:  ANNE SHEA GAZA, ESQ., and
                      ROBERT M. VRANA, ESQ.

                      and

                                      Brian P. Gaffigan
                                      Registered Merit Reporter
```

```
 1    APPEARANCES:   (Continued)

 2
                    STEPTOE & JOHNSON, LLP
 3              BY:    JOHN CARACAPPA, ESQ., and
                       SCOTT M. RICHEY, ESQ., and
 4                     (Washington, District of Columbia)

 5                     Counsel for Defendants

 6

 7

 8

 9

10                         - oOo -

11                  P R O C E E D I N G S

12              (REPORTER'S NOTE:  The following telephone
13    conference was held in chambers, beginning at 2:34 p.m.)
14              THE COURT:  Good afternoon, everybody.  This is
15    Judge Stark.  Who is there, please?
16              MS. FARNAN:  Good afternoon, Your Honor.  This
17    is for the plaintiffs Kelly Farnan and Christine Haynes from
18    Richards Layton & Finger; and we have our co-counsel, Sherry
19    Wu and David Farnum from Anova Law.
20              THE COURT:  Okay.
21              MS. GAZA:  Good afternoon, Your Honor.  It's
22    Anne Gaza and Rob Vrana from Young Conaway on behalf of the
23    Autel defendants.  We're joined today by John Caracappa and
24    Scott Richey of Steptoe & Johnson.
25              MR. CARACAPPA:  Good afternoon, Your Honor.
```

```
02:34:38   1                THE COURT:  Good afternoon.  I have my court
02:34:40   2   reporter here with me.  For the record, it is our case of SZ
02:34:43   3   DJI Technology Company Limited, et al versus Autel Robotics
02:34:48   4   USA, LLC, et al, Civil Action No. 16-706-LPS-CJB.
02:34:56   5                I have set this call because we have the
02:34:58   6   preliminary injunction hearing still scheduled on our calendar
02:35:02   7   for next Thursday for June 1st, but I know there have been
02:35:07   8   requests to move it and we have been unable, through informal
02:35:14   9   efforts, to figure out a date I guess that works for both
02:35:17  10   sides and me, so I'm not sure what to do about that and
02:35:21  11   thought we might as well just have a conversation about it.
02:35:24  12   So why don't I hear from the plaintiffs what you propose we
02:35:28  13   do.
02:35:29  14                MR. FARNUM:  Sure.  Your Honor, this is David
02:35:33  15   Farnum for DJI.
02:35:36  16                So I think our feeling on this is initially
02:35:41  17   Autel has, through this process, contacted us about a
02:35:48  18   continuance.  And we were willing to agree to a short one,
02:35:51  19   subject to working it out with the Court's schedule, and it
02:35:53  20   seems at this point all we have been able to do at best is
02:35:56  21   get some dates the following week that are sort of pencilled
02:35:59  22   in, so to speak, and my clients are concerned obviously that
02:36:02  23   if things don't work out, then we have no idea how long this
02:36:05  24   may take.
02:36:06  25                So we're prepared to go forward next week.  I
```

```
02:36:12   1    think that this is maybe -- I'm not sure exactly what
02:36:15   2    Autel's position is at this point as to whether they
02:36:18   3    wouldn't be able to go forward next week or if they have to
02:36:21   4    have a continuance or where they currently stand on that.
02:36:21   5    It depends.
02:36:24   6              Like I said, we certainly don't want this
02:36:28   7    hearing to be pushed off very far.  We're willing to be
02:36:31   8    reasonable to some extent here.  But if we are going to pen
02:36:36   9    in a date into July or August or something like that, I
02:36:39  10    don't think that is, given the nature of the hearing, the
02:36:42  11    preliminary injunction would be fair to our client.
02:36:46  12              THE COURT:  Right.  And, Mr. Farnum, what is
02:36:48  13    your sense at the moment as to how long a time this hearing
02:36:52  14    should take?  And are you anticipating presenting any live
02:36:57  15    witnesses or evidence?
02:37:00  16              MR. FARNUM:  We're not currently anticipating
02:37:04  17    presenting live witnesses, given that Autel was not either.
02:37:10  18    They can certainly address that.  So as a result, I don't
02:37:14  19    -- I think this hearing is probably on the order of two to
02:37:19  20    three hours at the most.
02:37:20  21              THE COURT:  Okay.  Thank you.  We'll come back
02:37:24  22    to you, but let me hear from Autel at this point what your
02:37:27  23    position is.
02:37:28  24              MR. CARACAPPA:  Thank you, Your Honor.  So with
02:37:32  25    respect to the time for the hearing, we don't think it will
```

```
02:37:36   1    last longer than two hours as well.  We don't plan on
02:37:39   2    calling any witnesses.
02:37:41   3             This started at my request.  I got married two
02:37:44   4    weeks ago.  I have plans with my wife to take her away
02:37:48   5    starting that Thursday.  I asked plaintiffs for a short
02:37:53   6    postponement in the hearing, and that is where we are.
02:37:57   7             It seems like they have agreed but they don't
02:37:59   8    want it to go too far, which we certainly understand.
02:38:02   9             THE COURT:  All right.  Well, congratulations,
02:38:04  10    first of all.
02:38:05  11             So the hearing will be two hours.  We'll give
02:38:09  12    an hour to each side.  And we won't have any live witnesses.
02:38:14  13    So that much is established.
02:38:17  14             June 1st, I take it.  And that was Mr. Caracappa
02:38:23  15    speaking; is that right?
02:38:25  16             MR. CARACAPPA:  Yes, Your Honor.  I apologize.
02:38:27  17    It was.
02:38:27  18             THE COURT:  That's okay.  At this point, it
02:38:31  19    would require you to change your plans with your wife if we
02:38:34  20    were to go ahead with the hearing at 10:00 o'clock next
02:38:37  21    Thursday and have you out of here by 12:30, let's say?
02:38:43  22             MR. CARACAPPA:  It would require me to change my
02:38:45  23    plans, but I can certainly do it if the Court has no other
02:38:48  24    time available.
02:38:48  25             THE COURT:  Well, the situation is that I have
```

```
02:38:56   1   this -- I have hearings all day the following Monday and
02:39:02   2   Tuesday, and I don't even know when you are back.  And then
02:39:06   3   I have a criminal trial scheduled for the 7th, 8th, and 9th,
02:39:12   4   criminal trial.  I've got the pretrial conference actually
02:39:16   5   now not until well into next week.  You never know, of
02:39:21   6   course, if that trial is going to happen.  The defendant
02:39:24   7   right now says it's going to happen.  And even though it is
02:39:28   8   scheduled for three days, it could end up taking two, two
02:39:31   9   and-a-half days or we might be able to do a two-hour hearing
02:39:35  10   while the jury is deliberating, but I can't make you any
02:39:37  11   promises on the 7th, 8th, 9th.  And then the following two
02:39:44  12   weeks are consecutive patent trials that to all appearances
02:39:48  13   at least are going to happen.  And that takes us to the last
02:39:52  14   week of June.  And we've got hearings and other events 26th,
02:40:00  15   27th.  And so realistically the earliest I could give you a
02:40:06  16   date that I am highly confident I could stick to would be
02:40:12  17   the morning of June 28th.
02:40:15  18              So I guess that raises a question for Mr.
02:40:20  19   Farnum.  What do you think of Wednesday, June 28th?
02:40:26  20              MR. FARNUM:  To speak frankly, Your Honor, I
02:40:31  21   think that is a lot longer than my client would like.  You
02:40:34  22   know, if you are obviously inclined to grant the continuance
02:40:37  23   and give us the date, then that would be the date that we
02:40:40  24   have.  But that is certainly much longer than we would want.
02:40:43  25              THE COURT:  Right.  Okay.  Mr. Caracappa, do you
```

| | | |
|---|---|---|
| 02:40:46 | 1 | have any response or anything you want to add? |
| 02:40:51 | 2 | MR. CARACAPPA:  No, Your Honor.  I understand |
| 02:40:52 | 3 | the plaintiffs' position and nothing else to add at this |
| 02:40:56 | 4 | point. |
| 02:40:57 | 5 | THE COURT:  Well, I guess the only other |
| 02:40:59 | 6 | question, we had proposed sort of having you all on standby |
| 02:41:04 | 7 | for some portion of the trial, the criminal trial currently |
| 02:41:11 | 8 | scheduled 7th, 8th and 9th.  I don't have in front of me |
| 02:41:15 | 9 | where you are all coming from.  Is that impractical, |
| 02:41:20 | 10 | Mr. Farnum, from your side? |
| 02:41:24 | 11 | MR. FARNUM:  No.  I mean assuming we could have |
| 02:41:27 | 12 | a date in advance, Your Honor, or is that something you |
| 02:41:30 | 13 | maybe know that morning? |
| 02:41:35 | 14 | THE COURT:  I'm not sure, but I might, I might |
| 02:41:37 | 15 | be able to answer that.  But, Mr. Caracappa, is that |
| 02:41:41 | 16 | unworkable on your end? |
| 02:41:43 | 17 | MR. CARACAPPA:  No, that is workable, Your |
| 02:41:45 | 18 | Honor.  We're in DC, so we can hop on a train the second you |
| 02:41:48 | 19 | tell us we have to be there. |
| 02:41:49 | 20 | THE COURT:  Well, here is what occurs to me.  I |
| 02:41:54 | 21 | might make people in the building unhappy, but I'm going to |
| 02:41:58 | 22 | let my jury go at 4:30.  I mean if we're really only talking |
| 02:42:01 | 23 | about a two-hour hearing, we could go ahead and schedule |
| 02:42:04 | 24 | this for the 7th, 8th, or 9th say at 4:30.  And if my trial |
| 02:42:12 | 25 | ends early that day or, you know, doesn't happen, we could |

```
02:42:16   1      try to move it to a more reasonable time if we can get you
02:42:19   2      enough notice.
02:42:21   3                  If I were to go in that direction, which of the
02:42:26   4      7th, 8th, or 9th, if any, works out best for the plaintiffs?
02:42:32   5                  MR. FARNUM:  So if you want to go that way, Your
02:42:35   6      Honor, any of those days would work.  If you were -- you
02:42:40   7      know, I don't know, obviously the 7th still works for Autel.
02:42:44   8      It might make sense to plan on doing that on the 7th.  That
02:42:48   9      would be fine by us, assuming the Court is willing to go
02:42:53  10      later in the day, which we would greatly appreciate, of
02:42:55  11      course.
02:42:55  12                  THE COURT:  Mr. Caracappa, are you back from the
02:42:57  13      vacation by the 7th?
02:43:00  14                  MR. CARACAPPA:  I am only gone for four days,
02:43:03  15      Your Honor.  I am back and I am flexible on all three of
02:43:07  16      those dates, yes.
02:43:07  17                  THE COURT:  All right.  Well, then maybe we have
02:43:09  18      a solution here.  I think we should reschedule this hearing
02:43:14  19      for June 7th at 4:30.  If say my trial goes away, we'll
02:43:19  20      just reach out to you and see if you want to move it to a
02:43:22  21      different time or possibly to the 8th or the 9th.  But on
02:43:26  22      the assumption nothing changes with my trial calendar, we'll
02:43:32  23      see you on the 7th at 4:30.
02:43:34  24                  Are there any questions about that from plaintiffs?
02:43:38  25                  MR. FARNUM:  No.  No.  Thank you for helping us
```

```
02:43:41   1    resolve this, Your Honor.
02:43:42   2                THE COURT:  Okay.  And from defendants?
02:43:44   3                MR. CARACAPPA:  Your Honor, I thank both the
02:43:46   4    Court and DJI's counsel.  No questions.
02:43:51   5                THE COURT:  All right.  Have a nice trip, and we
02:43:53   6    will see you all on the 7th.  Good-bye.
02:43:56   7                (Telephone conference ends at 2:43 p.m.)
02:44:08   8
02:44:08   9         I hereby certify the foregoing is a true and accurate
                transcript from my stenographic notes in the proceeding.
          10
          11                           /s/ Brian P. Gaffigan
                                       Official Court Reporter
          12                              U.S. District Court
          13
          14
          15
          16
          17
          18
          19
          20
          21
          22
          23
          24
          25
```