# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SZ DJI TECHNOLOGY CO., LTD. and DJI EUROPE B.V., <br><br> Plaintiffs, <br><br> v. <br><br> AUTEL ROBOTICS USA LLC, and AUTEL AERIAL TECHNOLOGY CO., LTD. <br><br> Defendants. | C.A. No. 16-706-LPS-CJB <br><br> (Consolidated) |
| AUTEL ROBOTICS USA LLC, and AUTEL AERIAL TECHNOLOGY CO., LTD. <br><br> Counterclaim Plaintiffs, <br><br> v. <br><br> SZ DJI TECHNOLOGY CO., LTD., DJI EUROPE B.V., and DJI TECHNOLOGY, INC., <br><br> Counterclaim Defendants. | |

## DJI'S MOTION TO STAY PENDING RESOLUTION OF ITC PROCEEDING

Plaintiffs and Counterclaim Defendants SZ DJI Technology Co., Ltd. and DJI Europe B.V., and Counterclaim Defendant DJI Technology, Inc. (collectively, "DJI") hereby move this Court for a stay of the above-captioned case with respect to U.S. Patent No. 9,979,000 pending the final resolution of the parallel action filed by Defendants and Counterclaim Plaintiffs Autel Robotics USA LLC and Autel Robotics Co., Ltd. in the United States International Trade Commission. The reasons for the instant Motion are set forth in the Memorandum of Law filed contemporaneously herewith.

|  | Respectfully submitted, |
|---|---|
|  | /s/ Amy M. Dudash |
| *Of Counsel* | Jody C. Barillare (#5107) |
| David M. Farnum, Esq. | Amy M. Dudash (#5741) |
| Sherry X. Wu, Esq. | MORGAN, LEWIS & BOCKIUS LLP |
| ANOVA LAW GROUP, PLLC | 1007 Orange Street, Suite 501 |
| 21351 Gentry Drive Ste 150 | Wilmington, Delaware 19801 |
| Sterling, VA 20166 | T. (302) 574-3000 |
| E. david.farnum@anovalaw.com | E. jody.barillare@morganlewis.com |
| E. sherry.wu@anovalaw.com | E. amy.dudash@morganlewis.com |
|  |  |
| Willard K. Tom | Kelly E. Farnan (#4395) |
| Jon R. Roellke | Christine D. Haynes (#4697) |
| Ryan Kantor | RICHARDS, LAYTON & FINGER, P.A. |
| Bradford A. Cangro | 920 N. King Street |
| MORGAN, LEWIS & BOCKIUS LLP | Wilmington, Delaware 19801 |
| 1111 Pennsylvania Ave., NW | T. (302) 651-7700 |
| Washington, D.C. 20004-2541 | E. Farnan@rlf.com |
| T. (202) 739-3000 | E. Haynes@rlf.com |
| E. willard.tom@morganlewis.com |  |
| E. jon.roellke@morganlewis.com | *Attorneys for Plaintiffs and Counterclaim* |
| E. ryan.kantor@morganlewis.com | *Defendants SZ DJI Technology Co. Ltd. and* |
| E. bradford.cangro@morganlewis.com | *DJI Europe B.V. and Counterclaim Defendant* |
|  | *DJI Technology, Inc.* |

Dated: October 26, 2018