# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SZ DJI TECHNOLOGY CO., LTD. and DJI EUROPE B.V., <br><br> Plaintiffs, <br><br> v. <br><br> AUTEL ROBOTICS USA LLC, and AUTEL AERIAL TECHNOLOGY CO., LTD. <br><br> Defendants. | C.A. No. 16-706-LPS-CJB <br><br> (Consolidated) |
| AUTEL ROBOTICS USA LLC, and AUTEL AERIAL TECHNOLOGY CO., LTD. <br><br> Counterclaim Plaintiffs, <br><br> v. <br><br> SZ DJI TECHNOLOGY CO., LTD., DJI EUROPE B.V., and DJI TECHNOLOGY, INC., <br><br> Counterclaim Defendants. | |

**DJI'S LOCAL RULE 7.1.1 STATEMENT IN SUPPORT OF ITS MOTION TO STAY PENDING RESOLUTION OF ITC PROCEEDING**

The undersigned, counsel for Plaintiffs and Counterclaim Defendants SZ DJI Technology Co., Ltd. and DJI Europe B.V., and Counterclaim Defendant DJI Technology, Inc. (collectively, "DJI"), hereby certifies pursuant to Local Rule 7.1.1 that prior to filing the Motion to Stay (D.I. 292), counsel for the DJI and counsel for Defendants and Counterclaim Plaintiffs Autel Robotics USA LLC and Autel Robotics Co., Ltd. met and conferred and made a reasonable effort to reach agreement regarding DJI's Motion to Stay. However, the parties were unable to reach agreement.

|  |  |
|---|---|
| David M. Farnum, Esq.<br>Sherry X. Wu, Esq.<br>ANOVA LAW GROUP, PLLC<br>21351 Gentry Drive Ste 150<br>Sterling, VA 20166<br>E. david.farnum@anovalaw.com<br>E. sherry.wu@anovalaw.com<br><br>Willard K. Tom<br>Jon R. Roellke<br>Ryan Kantor<br>Bradford A. Cangro<br>MORGAN, LEWIS & BOCKIUS LLP<br>1111 Pennsylvania Ave., NW<br>Washington, D.C. 20004-2541<br>T. (202) 739-3000<br>E. willard.tom@morganlewis.com<br>E. jon.roellke@morganlewis.com<br>E. ryan.kantor@morganlewis.com<br>E. bradford.cangro@morganlewis.com<br><br>Dated: October 26, 2018 | Respectfully submitted,<br><br>*/s/ Amy M. Dudash*<br>Jody C. Barillare (#5107)<br>Amy M. Dudash (#5741)<br>MORGAN, LEWIS & BOCKIUS LLP<br>1007 Orange Street, Suite 501<br>Wilmington, Delaware 19801<br>T. (302) 574-3000<br>E. jody.barillare@morganlewis.com<br>E. amy.dudash@morganlewis.com<br><br>Kelly E. Farnan (#4395)<br>Christine D. Haynes (#4697)<br>RICHARDS, LAYTON & FINGER, P.A.<br>920 N. King Street<br>Wilmington, Delaware 19801<br>T. (302) 651-7700<br>E. Farnan@rlf.com<br>E. Haynes@rlf.com<br><br>*Attorneys for Plaintiffs and Counterclaim Defendants SZ DJI Technology Co. Ltd. and DJI Europe B.V. and Counterclaim Defendant DJI Technology, Inc.* |