IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SZ DJI TECHNOLOGY CO., LTD. and DJI EUROPE B.V., : <br><br> Plaintiffs-Counterclaim Defendants, : <br><br> v. : <br><br> AUTEL ROBOTICS USA LLC and AUTEL AERIAL TECHNOLOGY CO., LTD., : <br><br> Defendants-Counterclaim Plaintiffs. : | C.A. No. 16-706-LPS |

## ORDER

At Wilmington this **18th** day of **March, 2019**:

For the reasons stated in the Memorandum Opinion issued this same date, **IT IS HEREBY ORDERED** that SZ DJI Technology Co. Ltd.'s motion to dismiss (D.I. 282) is **GRANTED**.

**IT IS FURTHER ORDERED** that the earlier-filed motion to dismiss (D.I. 266) is **DENIED AS MOOT**.

_____
UNITED STATES DISTRICT COURT