# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SZ DJI TECHNOLOGY CO., LTD. and DJI EUROPE B.V., <br><br> Plaintiffs, <br><br> v. <br><br> AUTEL ROBOTICS USA LLC and AUTEL AERIAL TECHNOLOGY CO., LTD., <br><br> Defendants/Counterclaim Plaintiffs, <br><br> v. <br><br> DJI TECHNOLOGY, INC., SZ DJI TECHNOLOGY CO., LTD., and DJI EUROPE B.V., <br><br> Counterclaim Defendants. | C.A. No. 16-706-LPS <br><br> (Consolidated) |

## STIPULATION AND [PROPOSED] ORDER
## TO EXTEND TIME TO SUBMIT PROPOSED AMENDED SCHEDULING ORDER

WHEREAS, on March 18, 2019, the Court ordered the parties in the above-captioned action to submit a proposed amended scheduling order by March 22, 2019 (D.I. 345);

WHEREAS, on March 20, 2019, the parties met and conferred regarding the foregoing and exchanged initial case scheduling proposals;

WHEREAS, on March 22, 2019, Defendants/Counterclaim Plaintiffs provided to Plaintiffs/Counterclaim Defendants a detailed case schedule outlining the primary provisions for a proposed amended scheduling order;

WHEREAS, the parties are in the process of exchanging and negotiating a proposed amended scheduling order for the Court's consideration; and

WHEREAS, the parties agree, subject to the Court's approval, that an extension of the deadline for submitting their proposed amended scheduling order would permit them to further consider and exchange scheduling proposals, to discuss the proposals with their respective overseas clients, and to further meet and confer to try and narrow any disputes regarding a proposed amended case schedule.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their undersigned counsel and subject to the approval of the Court, that the deadline for submission of their proposed amended scheduling order is hereby extended through and including March 29, 2019.

Dated:  March 22, 2019

| MORGAN, LEWIS & BOCKIUS LLP | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
|---|---|
| */s/ Amy M. Dudash* | |
| Jody C. Barillare (#5107) | */s/ Anne Shea Gaza* |
| Amy M. Dudash (#5741) | Anne Shea Gaza (#4093) |
| 1007 N. Orange Street | Robert M. Vrana (#5666) |
| Suite 501 | Samantha G. Wilson (#5816) |
| Wilmington, DE 19801 | Rodney Square |
| 302.574.3000 | 1000 N. King Street |
| jody.barillare@morganlewis.com | Wilmington, DE 19801 |
| amy.dudash@morganlewis.com | 302.571.6600 |
| | agaza@ycst.com |
| Kelly E. Farnan (#4395) | rvrana@ycst.com |
| Christine D. Haynes (#4697) | swilson@ycst.com |
| RICHARDS, LAYTON & FINGER, P.A. | |
| 920 N. King Street | Of Counsel: |
| Wilmington, Delaware 19801 | |
| (302) 651-7700 | STEPTOE & JOHNSON LLP |
| Farnan@rlf.com | Timothy C. Bickham |
| Haynes@rlf.com | John Caracappa |
| | Jonathan B. Sallet |
| *Of counsel*: | Scott M. Richey |
| | Beau M. Goodrick |
| Qingyu Yin | 1330 Connecticut Avenue, NW |

| | |
|---|---|
| Smith R. Brittingham IV<br>Finnegan Henderson Farabow Garrett & Dunner LLP<br>901 New York Ave NW<br>Washington DC 20001-4413<br>(202) 408-4000<br>qingyu.yin@finnegan.com<br>smith.brittingham@finegan.com<br><br>Willard K. Tom<br>Jon R. Roellke<br>Ryan Kantor<br>Bradford A. Cangro<br>MORGAN, LEWIS & BOCKIUS LLP<br>1111 Pennsylvania Ave., NW<br>Washington, D.C. 20004-2541<br>(202) 739-3000<br>willard.tom@morganlewis.com<br>jon.roellke@morganlewis.com<br>ryan.kantor@morganlewis.com<br>bradford.cangro@morganlewis.com<br><br>*Attorneys for Plaintiffs/Counterclaim Defendants SZ DJI Technology Co. Ltd. and DJI Europe B.V. and for Counterclaim Defendant DJI Technology, Inc.* | Washington DC 20036<br>(202) 429-3000<br>tbickham@steptoe.com<br>jcaracap@steptoe.com<br>jsallet@steptoe.com<br>srichey@steptoe.com<br>bgoodrick@steptoe.com<br><br>STEPTOE & JOHNSON LLP<br>Michael Flynn-O'Brien<br>One Market Street<br>Steuart Tower, Suite 1800<br>San Francisco, CA 94105<br>(415) 365-6700<br>mflynnobrien@steptoe.com<br><br>*Attorneys for Defendants/Counterclaim Plaintiffs Autel Robotics USA LLC and Autel Aerial Technology Co., Ltd. (n/k/a Autel Robotics Co., Ltd.)* |

**IT IS SO ORDERED this _____ day of _____, 2019.**

_____
**CHIEF UNITED STATES DISTRICT JUDGE**

3